UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------X

UNITED STATES OF AMERICA

- against -

MANUEL MARIMON MONROY,
a/k/a "Panbele,"

Defendant.

-------------------------------X

ORDER OF
JUDICIAL REMOVAL

19 Cr. 518 (NRB)

Upon the application of the United States of America, by Jason A. Richman Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of Manuel Marimon Monroy and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1.    The defendant is not a citizen or national of the United States.

2.    The defendant is a native of Colombia and a citizen of Colombia.

4.    The defendant was paroled into the United States for prosecution on or about April 16, 2021 at Westchester County Airport in White Plains, NY.

3.    At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in this Court for the following offenses: Conspiracy to Import Cocaine and Attempt to Import Cocaine, both in violation of 21 U.S.C. §§ 963, 959.

4.    A maximum sentence of life imprisonment may be imposed for each offense. 21 U.S.C. § 960(b)(1)(B).

6.     The defendant is subject to removal from the United States pursuant to the following provisions of law: section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime; section 212(a)(7)(A)(i)(I) of the INA, as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an alien who is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act; (3) section 212(a)(2)(A)(i)(II) of the Act, as amended, 8 U.S.C. § 1182(a)(2)(A)(i)(II), as an alien who has been convicted of, or who admits having committed, or admits committing acts which constitute the essential elements of, a controlled substance violation (as defined in 21 U.S.C. § 802); and section 212(a)(2)(C) of the Act, as amended, 8 U.S.C. § 1182(a)(2)(C), as an alien whom a consular or immigration officer knows or has reason to believe is or has been an illicit trafficker in any controlled substance or who is or has been a knowing assister, abettor, conspirator, or colluder with others in the illicit trafficking in any such controlled substance.

7.     The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8.     The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c), 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Colombia.

Dated:       New York, New York
                August 9 , 2022

THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE